**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
JESSICA KARIM,

                            Plaintiff,                    **23 Civ. No. 10689 (JGLC)**

          -against-                              **RESCHEDULING ORDER**

IMMUNESCHEIN, LLC.,

                            Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      The Settlement Conference scheduled for **Tuesday, September 24, 2024** at **10:00 a.m.** is hereby adjourned to **Tuesday, October 8, 2024** at **10:00 a.m.** Counsel are directed to appear in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

DATED:    New York, New York
               September 19, 2024

_____
The Honorable Gary Stein
United States Magistrate Judge