# MMP&S
## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP

*ATTORNEYS AT LAW*
1000 WOODBURY ROAD    SUITE 402    WOODBURY, NY 11797
TELEPHONE: 516.712.4000    FAX: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

September 25, 2024

**VIA ECF**
Honorable Judge Jessica G. L. Clarke
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007



  Re: *Jessica Karim, on behalf of herself and all others similarly situated v. Immuneschein, LLC*
    SDNY Case No. : 1:23-cv-10689
    <u>Our File No.</u>  : <u>1298-25901</u>

Dear Honorable Judge Clarke:

  We represent Defendant, *Immuneschein, LLC*, in the above-referenced matter. We write jointly with Plaintiff's counsel, to request an adjournment of the October 3, 2024 case management conference, and the post-discovery joint status letter, currently due September 26, 2024. The parties request adjournments to dates and times convenient to the Court, but after October 8, 2024.

  The parties recently re-scheduled their settlement conference to October 8, 2024. [Docket No. 44]. As such, the parties make the above joint request, so that they may proceed with the settlement conference and focus on reaching a resolution at same, rather than proceed with litigation and judicial intervention, which may be unnecessary, should the parties resolve.

  Additionally, Defendant requests that it's time to respond to Plaintiff's First Amended Complaint, filed on April 9, 2024, be extended, from October 9, 2024, up to and including October 23, 2024. Plaintiff has granted their kind consent to same. The requested extension is necessary, so that Defendant may have time to respond to Plaintiff's First Amended Complaint, should the settlement conference be unsuccessful.

  We remain available should Your Honor require any additional information concerning the above requests.

We thank the Court for its time and consideration.

                                                       Respectfully submitted,

*Tyler B. Levenson*

Tyler B. Levenson

ERG/TBL/kd

cc:   *via ECF*
       Gabriel Levy, Esq.
       GABRIEL A. LEVY, P.C.
       Attorneys for Plaintiff
       1129 Northern Boulevard, Suite 404
       Manhasset, New York 11030
       glevy@glpcfirm.com

Application GRANTED. The case management conference in this matter, previously scheduled for October 3, 2024 at 2:00 p.m., is rescheduled for **October 17, 2024** at **3:00 p.m.** The parties shall submit a post-discovery joint status letter, as outlined in Section 3(d) of the Court's Individual Rules and Practices in Civil Cases, by **October 10, 2024**. Defendant to respond to Plaintiff's First Amended Complaint by **October 23, 2024**. The Clerk of Court is directed to terminate ECF No. 45.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: September 26, 2024
       New York, New York